IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:12-00190 |
| | ) | JUDGE HAYNES |
| RANDY FIELDER, | ) | |
| Defendant. | ) | |

ORDER

In light of the Agreed Order for a competency examination, the trial set for Tuesday, December 4, 2012 is **CONTINUED** in the interests of justice to allow time for the evaluation and judicial determination of the Defendant's competency.

It is so **ORDERED**.

ENTERED this the _14_ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge